| | |
|---|---|
| Marc S. Stern | Honorable Timothy W. Dore |
| 1825 NW 65th Street | Chapter 13 |
| Seattle, WA 98117 | Location: Seattle |
| (206) 448-7996 | Hearing Date: January 15, 2020 |
| marc@hutzbah.com | Hearing Time: 9:30 a.m. |
| | Response Date: January 8, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Timothee Louis Abare

      Debtor.

No. 19-13397-TWD

DECLARATION OF DEBTOR RE SECOND AMENDED PLAN

Timothee Abare declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. I am the debtor in this case and have actual knowledge of the matters hereinafter set forth.

2. The only changes in the Second Amended Plan relate to payment of the secured claim of Alaska USA Federal Credit Union as requested by the Credit Union's attorney, James Draper. The changes are:

| | Amended Plan (Dkt. No. 25) | Second Amended Plan |
|---|---|---|
| Monthly payment: | $537.11 | $360.76 |
| Interest rate: | 6% | 3.25% |

/ / / /

DEBTOR'S DECLARATION RE
SECOND AMENDED PLAN       - 1
Decl re 2nd amended plan.wpd

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996

Case 19-13397-TWD    Doc 34-1    Filed 12/27/19    Ent. 12/27/19 13:58:58    Pg. 1 of 2

1   The final change is that attorney's fees will be made after payments to Alaska USA
2   Federal Credit Union.
3                                         Kirkland
4       Executed under penalty of perjury at ~~Seattle~~, Washington on December   27  , 2019.

                                        _____
                                        Timothee Abare

DEBTOR'S DECLARATION RE
SECOND AMENDED PLAN        - 2
Decl re 2nd amended plan.wpd

**MARC S. STERN**
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996

Case 19-13397-TWD    Doc 34-1    Filed 12/27/19    Ent. 12/27/19 13:58:58    Pg. 2 of 2